**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **HAJI W. USSI,** )<br>**on behalf of himself and all others** )<br>**similarly situated,** )<br>       **Plaintiff** )<br> )<br>**v.** )<br> )<br>**LAW OFFICES OF GARY H. KREPPEL,** )<br>**P.C. and** )<br>**GARY H. KREPPEL,** )<br>       **Defendants** ) | **Civil Action No. 07-40262-FDS** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    Pursuant to Fed.R.Civ.P. 41(a)(1), plaintiff hereby voluntarily dismisses this action with prejudice.

                                   HAJI W. USSI, plaintiff
                                   By his attorney:

                                   */s/Kenneth D. Quat*
                                   BBO #408640
                                   QUAT LAW OFFICES
                                   9 Damonmill Square, Suite 4A-4
                                   Concord MA 01742
                                   978-369-0848
                                   kquat@quatlaw.com